UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL ACTION NO. H-18-200 |
| | § § § | |
| JUAN CARLOS CASTILLO RINCON | § | |

**ORDER GRANTING
DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
TO TEMPORARILY MODIFY THE CONDITIONS OF BOND**

On this date the Court considered Defendant's Unopposed Motion for Leave to Temporarily Modify the Conditions of Bond in the above-referenced cause and, after considering said motion, finds that the temporary modification of the terms of home confinement is appropriate. This Court finds that Defendant Juan Carlos Castillo Rincon has need to seek a new residence and GRANTS temporary modification of the terms of his home confinement. It is therefore

(1) ORDERED that Mr. Castillo will be allowed to leave his residence to search for and find a new residence;

(2) ORDERED that Mr. Castillo will notify his pretrial services officer of the time, date, and location of appointments for viewing properties and comply with any other requirements from pretrial services; and

(3) ORDERED that Mr. Castillo will file a motion with the Court requesting permission to move to his new residence once a new residence is identified.

SIGNED the ____ day of _____, 2018.

_____
GRAY H. MILLER
UNITED STATES DISTRICT JUDGE