# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-18-200 |
| | § | |
| JUAN CARLOS CASTILLO RINCON | § | |
| | § | |
| Defendant. | § | |

**FILED SEP 13 2018**
David J. Bradley, Clerk of Court

## CONSENT TO ADMINISTRATION OF GUILTY PLEA and FEDERAL RULE OF CRIMINAL PROCEDURE 11 ALLOCUTION BY UNITED STATES MAGISTRATE JUDGE

I, JUAN CARLOS CASTILLO RINCON, the Defendant in this cause, with the advice and counsel of my attorney, **DEREK HOLLINGSWORTH.** hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before the Honorable Nancy Johnson, United States Magistrate Judge for the Southern District of Texas, Houston Division. I understand that my guilty plea is subject to approval and final acceptance by the **Honorable Gray H. Miller** United States District Court Judge for the Southern District of Texas, Houston Division, and that sentencing will be conducted by the **Honorable Gray H. Miller.**

Signed on this 13th day of September, 2018, at Houston, Texas.

JUAN CARLOS CASTILLO RINCON
_____
Defendant's Name

_____
Defendant

_____
Attorney for Defendant

_____
Assistant United States Attorney