UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | § CRIMINAL NO. 4:18-cr-00200 |
| | § |
| JUAN CARLOS CASTILLO RINCON | § |
| | § |

**ORDER IMPOSING MONEY JUDGMENT**

Defendant Juan Carlos Castillo Rincon ("Defendant" or "Castillo") pleaded guilty under seal to Count One of the Indictment, which charged him with conspiracy to violate the Foreign Corrupt Practices Act, Title 15, United States Code, Section 78dd-2 ("FCPA"), in violation of Title 18, United States Code, Section 371.

The United States provided notice to the Defendant in the Indictment that pursuant to Title 18, United States Code, Section 981(a)(1)(C), the United States would seek to forfeit all property, real or personal, that constitutes or is derived from proceeds traceable to Counts One through Four. The United States also provided notice that it would seek a money judgment equal to the total value of the property subject to forfeiture.

In his Plea Agreement, Defendant stipulated and agreed that the factual basis for his guilty plea supports the forfeiture of proceeds he received or obtained,

directly or indirectly, in connection with the conspiracy to violate the FCPA. Defendant also consented to the imposition of a personal money judgment against him and acknowledged that one or more of the conditions set forth in Title 21, United States Code, Section 853(p) exists. Defendant and the United States have agreed that the amount of the personal money judgment should be $1,061,000.00.

Having considered the Plea Agreement, the record and the applicable law, the Court ORDERS:

1. That Defendant Castillo shall forfeit $1,061,000.00 to the United States, and that a personal money judgment is hereby awarded in favor of the United States and against the Defendant in the amount of $1,061,000.00.

2. That pursuant to Rule 32.2(e) of the Federal Rules of Civil Procedure, the United States may move to amend this Order at any time to substitute property to satisfy the money judgment in whole or in part.

This Order will be made part of the Defendant's sentence and included in the judgment against him.

Signed in Houston, Texas, on the ____ day of _____ 2022.

_____
GRAY H. MILLER
UNITED STATES DISTRICT JUDGE